

"O"

FILED
CLERK, U.S. DISTRICT COURT

NOV - 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLER WESTLEY POSEY,<br><br>        Petitioner,<br><br>vs.<br><br>SUZANNE M. PEERY, Acting Warden,<br><br>        Respondent. | Case No. CV 15-7343-AG (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily denying the Petition and dismissing this action with prejudice.

DATED: Oct 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1