JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV -- 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MILLER WESTLEY  POSEY,            )   Case No. CV 15-7343- AG (KES)
            Petitioner,           )
                                  )        **JUDGMENT**
        vs.                       )
                                  )
SUZANNE M. PEERY, Acting          )
Warden,                           )
            Respondent.           )
                                  )

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is summarily denied and this action is dismissed with prejudice.

DATED: Oct 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1